

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AT
F. #2021R00949

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 14, 2022

By E-mail

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. YUN ZENG, also known as "Curly."
                Criminal Docket No. 22-MJ-522

Dear Judge Bloom:

      The government respectfully moves for an order unsealing the complaint and arrest warrant in the above-captioned matter. The complaint and arrest warrant were originally placed under seal because the defendant was unaware of the underlying investigation. The defendant was arrested last night, and therefore sealing this matter is no longer necessary.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Adam R. Toporovsky
      Assistant U.S. Attorney
      (718) 254-6475

Enclosure

cc:    Clerk of Court

AT
F.# 2021R00949

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

YUN ZENG,
    also known as "Curly,"

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 22-MJ-522

        Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Adam R. Toporovsky, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

        WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          May 14, 2022

*Lois Bloom*
HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK